E-FILED
Wednesday, 26 December, 2007  03:42:37 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TYISHA L. SKIPPER, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No.: 07-CV-1164 |
| v. ) | |
| ) | |
| AGNA HOSPITALITY, INC. ) | |
| ) | <u>JURY TRIAL</u> |
| DEFENDANT. ) | <u>DEMANDED</u> |

### STIPLUATION OF DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case shall be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

Dated this 26th day of December, 2007,

BY: s/Richard M. Manzella
Richard M. Manzella
Attorney # 6257568

Law Office of Richard M. Manzella
117 North Center Street
Bloomington, Illinois  61701
Phone (309) 829-7424
Fax    (815) 366-4800

s/ Carissa Haning
Carissa Haning

Leighton & Mobley, LLC
802 North Clinton Street, Suite One
Bloomington, Illinois
Phone (309) 828-7600
Fax (309) 828-7616